June 18, 2015

Jeffrey D. Kyle

P.O. Box 12547

Austin, Texas  78711

Court of Appeals Cause No. 03-15-00025-CV

Trial Court Cause No. D-1-GN-12-0000983; Lakeway Regional Medical Center v. Lake Travis Transistional

Dear Mr. Kyle:

I am requesting an extension until the end of the day on  June 19, 2015 before midnight to have the Reporter's Record filed.

Thank you,

/s/LaSonya Thomas